■ EDWARD L. ZACK et al., Respondents, v WESTERN REGIONAL OFF-TRACK BETTING CORP. et al., Appellants. — Judgment unanimously affirmed, without costs, for reasons stated in memorandum decision at Special Term, Flaherty, J. (Appeal from judgment of Supreme Court, Erie County, Flaherty, J. — summary judgment.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.